No. 96, Misc.   IN RE JOHNSON ET AL.   Sup. Ct. Wash. Certiorari denied.   *Fred C. Dorsey* for petitioners.   *Joseph D. Mladinov* for the State of Washington.

No. 97, Misc.   EDWARDS *v.* BREWER, WARDEN.   Sup. Ct. Iowa.   Certiorari denied.

No. 98, Misc.   CARROLL *v.* BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 100, Misc.   RODRIQUEZ *v.* COKE ET AL.   Sup. Ct. Cal.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward W. Bergtholdt,* Deputy Attorney General, for respondents.

No. 101, Misc.   DE ROSA *v.* LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.   *William E. Hellerstein* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 102, Misc.   BOYD *v.* FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.   *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for respondent.

No. 106, Misc.   MILLER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.